UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEYER GLICKSTEIN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALERE INC. and<br>ALERE SAN DIEGO, Inc. and<br>PHM CORP. and<br>JOHN DOE CORPORATIONS Nos. 1 through 50<br>　　　　Defendants. | Civil Action No. 1:16-cv-01678 (RBK) (KMW)<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL OF THE ALERE DEFENDANTS |

**PLEASE TAKE NOTICE** that Plaintiff Meyer Glickstein hereby voluntarily dismisses Defendants Alere Inc. and Alere San Diego, Inc. (the "Alere Defendants") from this action pursuant to Federal Rule of Civil Procedure 41(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss the Alere Defendants without a Court Order, as they have not served an answer or a motion for summary judgment.

By:　/s/David Jacoby
　　　David Jacoby

**AXLER GOLDICH LLC**
djacoby@axgolaw.com
1650 Market Street
Suite 3600
Philadelphia, PA 19103
267.207.2920